1  SETH ARONSON (S.B. #100153)
2  AMY J. LONGO (S.B. #198304)
   KATHARINE S. MERCER (S.B. #267006)
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA  90071-2899
   Telephone:  (213) 430-6000
5  Facsimile:   (213) 430-6407
6  saronson@omm.com
   alongo@omm.com
7  kmercer@omm.com

JS-6

8
   Attorneys for Defendant John L. Clendenin
9

10                **UNITED STATES DISTRICT COURT**

11                **CENTRAL DISTRICT OF CALIFORNIA**

12                     **SOUTHERN DIVISION**

13

14
   YIN SHEN, derivatively on behalf of        Case No. SACV 12-317 CJC (JPRx)
15 POWERWAVE TECHNOLOGIES,
   INC.,                                       **[PROPOSED] ORDER TO REMAND**
16                                             **ACTION TO STATE COURT**
17                Plaintiff,

18          v.

19 RONALD J. BUSCHUR, KEVIN T.
   MICHAELS, MOIZ M.
20 BEGUWALA, KEN J. BRADLEY,
   RICHARD E. BURNS, JOHN L.
21 CLENDENIN, DAVID L.
   GEORGE, EUGENE E. GODA,
22 AND CARL W. NEUN,
23
                  Defendants,
24
   And
25
   POWERWAVE TECHNOLOGIES,
26 INC.,
27
                  Nominal Defendant
28

                                             [PROPOSED] REMAND ORDER

1         IT IS HEREBY ORDERED that the captioned action is remanded to the

2    Superior Court of California, County of Orange.

3

4    Dated: 3/21/12

5                                          Hon. Cormac J. Carney,

6                                          U.S. District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] REMAND ORDER